**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:
☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **William**<br>First name<br><br>**W.**<br>Middle name<br><br>**Riddle, III**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Trey Riddle** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2922** |  |

Debtor 1    **William W. Riddle, III**                                                Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

Sunstrand, LLC          Sunstrand Milton, LLC
Business name(s)

47-1324021          83-2188590
EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5.** **Where you live**

**1003 Weymouth Court**
**Louisville, KY 40222**
Number, Street, City, State & ZIP Code

**Jefferson**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **William W. Riddle, III**                                    Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

☐ No.     Go to line 12.
☒ Yes.    Has your landlord obtained an eviction judgment against you?

☒ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **William W. Riddle, III**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☒ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | William W. Riddle, III | | Case number *(if known)* | |
|---|---|---|---|---|

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __William W. Riddle, III__      Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☒ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ William W. Riddle, III**
_____      _____
**William W. Riddle, III**                Signature of Debtor 2
Signature of Debtor 1

Executed on    __January   6, 2020__        Executed on _____
               MM / DD / YYYY                            MM / DD / YYYY

Debtor 1    **William W. Riddle, III**                                        Case number *(if known)*  _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ David M. Cantor**                                        Date    **January   6, 2020**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**David M. Cantor**
Printed name

**Seiller Waterman LLC**
Firm name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **502-584-7400**                    Email address    **cantor@derbycitylaw.com**

Bar number & State

---

Certificate Number: 03088-KYW-CC-033881678



03088-KYW-CC-033881678

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>December 30, 2019</u>, at <u>8:37</u> o'clock <u>AM CST</u>, <u>William W Riddle III</u> received from <u>Debt Education and Certification Foundation</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Western District of Kentucky</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>December 30, 2019</u>          By:     <u>/s/Brianna M Glynn</u>

Name:   <u>Brianna M Glynn</u>

Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# United States Bankruptcy Court
## Western District of Kentucky

In re   __William W. Riddle, III__                                                 Case No.                                 

Debtor(s)                      Chapter     __7__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    __January  6, 2020__                   __/s/ William W. Riddle, III__

                                                       __William W. Riddle, III__
                                                       Signature of Debtor

Adam Block
109223 Talon Way
Louisville KY 40223

Adecco Employment Services
Dept. Ch 14091
Palatine IL 60055-4091

Adirondack Machine Corporation
84 Boulevard Street
Hudson Falls NY 12839

Adkins Export Packing & Machinery Movers
1424 South 15th Street
Louisville KY 40210

Adrienne L. Supplee
302 11th Street
Carrollton KY 41008

Advance Dyeing Solutions
Unit 11 Springwell 27
Dark Lane
Birstall, England WF17 9LN

Air Equipment Company
1701 Payne Street
Louisville KY 40206

Air Systems
4512 Bishop Lane
Louisville KY 40218

Air Technologies
P.O. Box 73278
Cleveland OH 44193

Alan Coon
40915 800 E
Glenwood IN 46133

Allen Lund Company, LLC
P.O. Box 51083
Los Angeles CA 90051

Allertex of America, Ltd.
10620 Bailey Road, Suite A
Cornelius NC 28031

Allstate
P.O. Box 4302
Carol Stream IL 60197-4302

American Express
POB 981535
El Paso TX 79998-1535

American Express (Platinum)
P.O. Box 650448
Attn: Payment Processing
Dallas TX 75265-0448

American Express (Reserve)
P.O. Box 650448
Attn: Payment Processing
Dallas TX 75265-0448

Anytime Waste Systems
3816 Bishop Lane
Louisville KY 40218

Arnold O'Reilly
52 Stiff DeHaven Lane
Hardinsburg KY 40143

Aspire
PO Box 659705
West Des Moines IA 50265-0970

Bank of America
POB 942019
Simi Valley CA 93094-2019

BCN Telecom, Inc.
P.O. Box 842840
Boston MA 02284-2840

Bennett's Gas
21 Taylorsville Road
Taylorsville KY 40071

Beta Analyic, Inc.
4985 SW 74th Court
Miami FL 33155

BioRegen Co-Op
402 W. Washington Street
Bethel NC 27812

Blue & Co., LLC
12712 Solution Center
Chicago IL 60677-2007

Blue Bridge Financial
535 Washington Street, Suite 201
Buffalo NY 14203

Brian R. Parker
980 Hampton Lane
Milton KY 40045

Bureau Veritzs Consumer Products Service
14624 Collections Center Drive
Chicago IL 60693

BVA Design
42 Barnett Lane
Bozeman MT 59715

C.H. Robinson Company, Inc.
13551 Triton Park Blvd., Suite 1500
Louisville KY 40223-4196

Canadian Hemp Trade Alliance
P.O. Box 1484
Steinbach, Manitoba R5G 1N2

Cardiff Finance/Blue Bridge Financial
535 Washington St., Ste. 201
Buffalo NY 14203

Cardiff Finance/Financial Pacific Lease
PO Box 4568
Federal Way WA 98063-4568

Carlos De La Rosa
3824 Cedar Springs Road 209
Dallas TX 75219

Carolina Nonwovens
P.O. Box 603116
Charlotte NC 28260-3116

Carroll Couinty Fiscal Court (CDBG)
604 Highland Avenue
c/o Gregory D. Goff
Carrollton KY 41008

Carroll County Rev Commission
440 Main St # 2
Carrollton KY 41008

Carroll County Sheriff
440 Main Street
Carrollton KY 41008

Carrollton Utilities
P.O. Box 269
Carrollton KY 41008

Caudill Seed & Warehouse Company, Inc.
1402 W. Main Street
Louisville KY 40203

Centrality Business Technologies
11440 Bluegrass Parkway
Louisville KY 40299

Chad Backus
6079 E. Lonnis Hill Road
Madison IN 47250

Charles McPheeters
5156 S. Organ Spring Road
Salem IN 47167

Charles W. Lagle
397 Doe Ridge Road
Bedford KY 40006

Chase Bank
POB 15298
Wilmington DE 19850-5298

Chemical Resources, Inc.
1121 Solutions Center
Chicago IL 60677-1001

Christopher Lindstrom
211 Allen Street
Hudson NY 12534

Chubb
P.O. Box 283001
Pittsburgh PA 15250-8001

Citibank/Costco
POB 6500
Sioux Falls SD 57117

Citibank/Thankyou
POB 6500
Sioux Falls SD 57117

Clay Wortham
1325 Clintonville Road
Paris KY 40361

ClearPath Mutual Insurance Co.
200 Executive Park
Louisville KY 40207

Coley Farms
Marty Coley
3312 Akersville Road
Lafayette TN 37083

Columbus Compaction, LLC
P.O. Box 324
Fostoria OH 44830

Commercial Finance & Leasing
Bank of Cardiff, Inc.
12626 High Bluff Dr., Ste. 370
San Diego CA 92130

Connext Financial, Ltd./U.S. Bank Equipm
P.O. Box 790448
Saint Louis MO 63179-0448

Corvus Janitorial Systems
11900 Plantside Drive, Suuite F
Louisville KY 40299

Courtenay E. Graham
1127 Charles Street
Louisville KY 40204

Cowherd Equipment, Inc.
1483 Old Summersville Road
Campbellsville KY 42718

Craig Grant
3726 Fairway Lane
Louisville KY 40207

Culligan Water Systems
490 N Clark Blvd
Clarksville IN 47129

Cunningham Door & Window
2133 Frankfort Avenue
Louisville KY 40206

Daniel R. Fluhr
244 Sycamore Circle
Carrollton KY 41008

Danielle Billings
Nature's Root
1232 Bramwood, Suite 3
Longmont CO 80501

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia PA 19101-1602

Denero Industrial, LLC
P.O. Box 1070 S. Main Street
Cowpens SC 29330

DHL Express - USA
16592 Collections Center Drive
Chicago IL 60693

DHL Global Forwarding
14076 Collections Center Drive
Internal Crest Code: M
Chicago IL 60693

Diversified Metals
4626 Illinois Avenue
Louisville KY 40213

Doug Wing
32100 Jefferson Avenue
Saint Clair Shores MI 48082

Dun Agro B.V.
Raadhuisweg 11
9665 JE,
Oude Pekela, Netherlands

Duplicator Sales & Service
831 East Broadway
Louisville KY 40204

E&H Electric Sypply/CED, Inc.
PO Box 936350
Atlanta GA 31193-6350

Eco-Tech
PO Box 36557
Louisville KY 40233-6557

Ecofibre
52 Stiff DeHaven Lane
Hardinsburg KY 40143

eShipping, LLC
PO Box 775332
Chicago IL 60677-5332

Eugene Fahey
612 Prices Creek Rd
Edmonton KY 42129

Fahri Elbistanli
Temsan Air Engineering
9855 Warren H. Abernathy Hwy
Spartanburg SC 29304

```
Falls City Machine Tech.
PO Box 918813
Denver CO 80291-8813

FedEx
PO Box 371461
Pittsburgh PA 15250-7461

FedEx
POB 371461
Pittsburgh PA 15250-7461

FedEx Freight
PO Box 223125
Pittsburgh PA 15251-2125

Financial Pacific Leasing, Inc.
PO Box 4568
Federal Way WA 98063-4568

Fire Equipment Service Company
868 Dr. W.J. Hodge St.
Louisville KY 40210

First Data Merchant Services
PO Box 17548
Denver CO 80217-7548

First Savings Bank
501 East Hwy 131
Clarksville IN 47129

Fisher Scientific
13551 Collections Ctr Dr.
Chicago IL 60693

Frank J. Crosswhite
7202 High Jackson Rd
Charlestown IN 47111

Frost Brown Todd LLC
PO Box 70087
Louisville KY 40270-0087

Future Forwarding Company
4380 International Pkwy Ste C
Atlanta GA 30357

Garrett-Stotz Company
1601 Alliant Ave
Louisville KY 40299-6338

Gibbs Diversified, LLC
PO Box 1727
Spartanburg SC 29304
```

Global Industrial Company Inc.
29833 Network Place
Chicago IL 60673-1298

Globaltranz Enterprises, Inc.
PO Box 203285
Dallas TX 75320-3285

Grainger
1901 Plantside Dr
Louisville KY 40299

Greenway Packaging Solutions
444 Sandhurst Dr
Cleveland OH 44143

Greg Bryant Storage
349 East Railroad St
Pembroke NC 28372

Guy Montgomery
4738 Dixie Hwy
Louisville KY 40216

Hawaii Farmers Union United
PO BOx 99
Wailuku HI 96793

Hawkins Plumbing Inc
PO Box 235
Carrollton KY 41008

Hemp Traders
8001 Somerset Blvd #43
Paramount CA 90723

HempFlax BV
Hendrik Westerstraat 20
9665 AL Oude Pekela

Hickman Seed & Grain
3385 State Route 1826
Clinton KY 42031

Home Innovation Research Labs
400 Prince George's Blvd
Upper Marlboro MD 20774

Hunters Heights LLC
980 Hampton Lane
Milton KY 40045

HydroBedding LLC
6614 Haunz Lane
Louisville KY 40241

Hyland Electric Inc
4123 South Fifth Street
Louisville KY 40214

Iglou Internet Services
3315 Gilmore Industrial Blvd
Indianapolis IN 46206-1028

Indiana Dept of Revenue
100 N Senate Ave
Indianapolis IN 46204

Innovative Production Technologies LLC
9912 Constantine Cir
Prospect KY 40059

Interlube Corp
4646 Baker Ave
Cincinnati OH 45212

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

IPFS Corporation
24722 Network Place
Chicago IL 60673-1247

J. George Electric Company
PO Box 1297
Jeffersonville IN 47131

J. Rettenmaier USA LP
16369 US Hwy 131
Schoolcraft MI 49087

J.T. Workman
3385 State Route 1826
Clinton KY 42031

Jacks or Better Express, LLC
3288 Bellwood Rd
Bardstown KY 40004

James Benham
416 East Co Rd 7005
Versailles IN 47042

James M.S. Whaley
8602 Codington Ct
Louisville KY 40299

James Mauch
3 Woodhill Rd
Louisville KY 40207

Jason H. McGinnis
607 1/2 West Main St
Madison IN 47250

Jeff Brantley
105 Oxford Place
Louisville KY 40207

Jefferson County Sheriffs Office
POB 34570
Louisville KY 40232-4570

Jeremy D. Howard
6371 S Saluda Paynesville Rd
Hanover IN 47243

Jerry Merritt
11404 Easum Rd
Louisville KY 40299

Joe Hogue
Straw Logic
403 15th St
Morden MB R6M 1K8

John Brewer
4042 Ormond Rd
Louisville KY 40207

Josh Burton
823 Turner St
Missoula MT 59802

KADF
404 Ann Street
Frankfort KY 40601

Kaman Industrial Technologies
PO Box 74566
Chicago IL 60696-4566

Kaplan Johnson Abate & Bird
710 West Main St 4th Floor
Louisville KY 40202

Katti L. Nolan
10293 S US 421
Madison IN 47250

Kent Pease
2459 W Ridge Rd
Littleton CO 80120

Kentucky Agri Development Fund
404 Ann Street
Frankfort KY 40601

Kentucky Automotive Industry Assoc
609 Chamberlin Ave
Frankfort KY 40601

Kentucky Department of Revenue
Office of Unemployment Insurance
275 East Main Street
Frankfort KY 40621

Kentucky Dept of Revenue
Legal Support Branch Sta 42
501 High Street
Frankfort KY 40601-2103

Kentucky Dept of Revenue
Legal Support Branch
P.O. Box 5222
501 High Street
Frankfort KY 40602-2103

Kentucky Labor Cabinet
Dept of Workplace Standards
Div of Wages and Hours
Mayo-Underwood Bldg 500 Mero St 3rd flr
Frankfort KY 40601

Kentucky State Treasurer
Kentucky Department of Revenue
Frankfort KY 40620-0021

Kingsgate Logistics, LLC
9100 W. Chester Towne Centre, Suite 300
West Chester OH 45069-3108

Kough Farms
4059 Beech Grove Road
Farmington KY 42040

KU
P.O. Box 9001954
Louisville KY 40290-1954

Kyle Owen Farms
342 Lock Seven Lane
Carthage TN 37030

Lamont J. Reed
2325 Magazine Street
Louisville KY 40211

Langley Farms, LLC
3248 Taylorsville Road
Shelbyville KY 40065

Lewis Seed Company
130 N. Spring Street
Louisville KY 40206

LGC Electric, Inc.
125 Cedar Falls Drive
Mount Washington KY 40047

Livingston International Inc.
P.O. Box 950
Buffalo NY 14213

Louisville Gas & Electric
P.O. Box 9001960
Louisville KY 40290-1960

Louisville Metro Revenue Commission
PO Box 35410
Louisville KY 40232-5410

Louisville Metro Revenue Commission
P.O. Box 32300
Louisville KY 40232-2300

Louisville Water Company
P.O. Box 32460
Louisville KY 40232-2460

Malcomb Lock
3970 N. Malcomb Lane
Deputy IN 47230

Malone Solutions
P.O. Box 890802
Charlotte NC 28289-0802

Maren Engineering Corporation
111 West Taft Drive
South Holland IL 60473-2066

Mark Oglesby
14039 St. Marys Road
Brookville IN 47012

Marlin Business Bank
300 Fellowship Road
Mount Laurel NJ 08054

Mason Lane LLC
c/o Professional Land Management, Inc.
8500 Highway 329
Crestwood KY 40014

McMaster-Carr
P.O. Box 7690
Chicago IL 60680-7690

Meean, LLC
7224 Heatherly Square
Louisville KY 40242-2847

Mefford Contracting LLC
460 Parkway Drive
Lexington KY 40504

Melissa Dempsey
MVDesign
22 Sweetbriar Avenue
Fort Thomas KY 41075

Merrick Bank Corp.
P.O. Box 9201
Old Bethpage NY 11804

Merrick Company
P.O. Box 21817
Louisville KY 40221-0817

MHO Investments, LLC
11405 Park Road, Suite 180
Louisville KY 40223

Mid Cities Overhead Door
508 E. LaGrange Road
Hanover IN 47243

Midwest Sprinkler Corporation
1420 South Jackson Street
Louisville KY 40208

Midwestern Industries, Inc.
P.O. Box 810
Dalton OH 44618-0810

Miles Transportation LLC
2740 Keller Road
P.O. Box 22760
Owensboro KY 42301

Miller Document Solutions
P.O. Box 436087
Louisville KY 40253-6087

```
Minuteman Press
3905 Bardstown Rd
Louisville KY 40218

Mitchell Implement LLC
311 S Hwy 11
Atkinson NE 68713

Mobile Mini
PO Box 650882
Dallas TX 75265-0882

Mobile Mix LLS
PO Box 179
Milton KY 40045

Montana Dept of Revenue
PO Box 6309
Helena MT 59604-6309

Montana State Fund
855 Front St
PO Box 4759
Helena MT 59604-4759

Motion Industries
PO Box 98412
Chicago IL 60693-8412

MPI Printing
137 W Jefferson St
Louisville KY 40202

MXD Process
2600 River Green Circle
Louisville KY 40206

NC State University
Accounts Reveivalbe
Campus Box 7203
Raleigh NC 27695-7203

NDSU
Dept 3130
PO Box 6050
Fargo ND 58108-6050

NEC Financial Services LLC
24189 Network Place
Chicago IL 60673-1241

Nesco Resource
PO Box 901372
Cleveland OH 44190-1372
```

Northern Tool & Equipment
Blue Tarp Credit Services
PO Box 105525
Atlanta GA 30348-5525

Norton Healthcare
PO Box 776351
Chicago IL 60677-6351

Nugent Sand Co
PO Box 6072
1833 River Rd
Louisville KY 40206

Ohio Valley Plumbing Co
PO Box 41
Madison IN 47250

Opportunity Bank of MT
Attn: Bert Bartle
1455 W. Oak St.
Bozeman MT 59715

Ovasco Industries
PO Box 504
Louisville KY 40201

Parker Poe Adams & Bernstein LLC
Three Wells Fargo Center Ste 3000
Charlotte NC 28202-1942

Patrick Flaherty
4632 Old LaGrange Rd
Buckner KY 40010

Pierret
215 Wingo Heights Rd
Spartanburg SC 29303

Piping Layout Consultants Inc
11605 Shelbyville Rd
Louisville KY 40243

PLASTRx Inc
7682 Wetherington Dr
West Chester OH 45069

Primary Packaging (Greenway Pkg)
10810 Industrial Pkwy, NW
Bolivar OH 44612

Prolift Industrial Equipment
12001 Plantside Dr
Louisville KY 40299

Pure Water Partners
PO Box 3069
Woburn MA 01888-1969

Quality Electric Motor Services Inc
8020 Vine Crest Ave
Louisville KY 40222

Quill Corporation
PO Box 37600
Philadelphia PA 19101-0600

Ray D Meador
499 Mitchell Rd
Milton KY 40045

Raymond (Chip) Montgomery
PO Box 484
Prospect KY 40059

Relay LLC
607 W Main St Ste 100
Louisville KY 40202

Republic SErvices
PO Box 900109
Louisville KY 40290-1099

Rowse Hydraulic Rakes Co Inc
84504 State Hwy 11
Burwell NE 68823-5223

Rumpke
1101 W Oak St
Louisville KY 40210-1530

Runge Science LLC
Attn: Troy Runge
1316 Lawton Ct
Waunakee WI 53597

Ryan C. Sutton
5787 West Foster Rd
Hanover IN 47243

Sam Ellis
1916 Deer Park Ave #1
Louisville KY 40205

Sam Parker
980 Hampton Lane
Milton KY 40045

Sara J. Wilson
214 Mulberry St
Madison IN 47250

Sea Shipping Line
114 Maple Ave
Red Bank NJ 07701

Shane Ball
4124 Brentler Way
Louisville KY 40241

Sharrie Earls
80 South Amber Waves
Hanover IN 47243

Shawn Honaker
6703 Little Mount Rd
Taylorsville KY 40071

Shekeela J. Williams
5714 Indian Oak Circle
Louisville KY 40219

Sigma Equipment Inc
3001 Maxx Rd
Evansville IN 47711

Sigma-Alridge Inc
PO Box 535182
Atlanta GA 30353-5182

Southeast Nonwovens Inc
102 Industrial Park Lane
Clover SC 29710

Spring Street Developers LLC
2205 River Rd
Louisville KY 40206

Springhouse Partners LLC
11919 Garr Ave
Louisville KY 40223

Squires Brothers Farms
2746 Garner Rd
Aynor SC 29511

Stephen Arbuckle
1845 Bethel Lane
Bloomington IN 47408

Steve Clark
6040 Eminence Pike
Shelbyville KY 40065

Stites and Harbison
400 West Market St Ste 1800
Louisville KY 40202

Stoll Keenon Ogden PLLC
500 West Jefferson St., Ste, 2000
Louisville KY 40202

Suburban Propane
PO Box 290
Whippany NJ 07981-0290

Tanya L. Zosel
633 Mt. Carmel Rd
Milton KY 40045

TCIF
c/o Joseph Kincaid, Esq.
330 North Wabash, Ste. 3300
Chicago IL 60611

Ted Nixon
417 Lightfoot Rd
Louisville KY 40207

Terminix Commercial
PO Box 742592
Cincinnati OH 45274-2592

The National Hay Association
4735 Massillon Rd Unit 769
Green OH 44232

Throughbred Transportation
PO Box 991274
Louisville KY 40269-0415

Tiffany C. Hearn
246 Sycamore Circle
Carrollton KY 41008

Tim Barrett
1 Bracken Hill
Brookville IN 47012

Time Warner Cable
PO Box 1060
Carol Stream IL 60132-1060

Tool & Rose Supply Inc
318 Main St
Carrollton KY 41008

```
Total Quality Lobistics
PO Box 634558
Cincinnati OH 45263-4558

Toyota Financial Svcs
P.O. Box 4102
Carol Stream IL 60197-4102

Toyota Industries Commercial Finance
PO Box 660926
Dallas TX 75226-0926

Toyota Industries Commerical Fin
PO Box 660926
Dallas TX 75266-0926

TSI Trucking LLC
1618 Fabricon Blvd
Jeffersonville IN 47130

Uline
Attn: Accounts Receivable
PO Box 88741
Chicago IL 60680-1741

Uniseeds Inc
15374 Highway 17
Cobden ON K0J 1K0

United Financial Casualty Co
c/o Progressive Commercial
Dept 0561
Carol Stream IL 60132-0561

UPS
28013 Network Place
Chicago IL 60673-1280

UPS Supply Chain
28013 Network Place
Chicago IL 60673-1280

US Attorney
510 W Broadway
Louisville KY 40202

US Bank Equip. Finance (Connext Fin)
PO Box 790448
Saint Louis MO 63179-0448

US Customs & Border Protection
c/o Future Forwarding
108-110 W Walnut St
Gardena CA 90248
```

VWR International LLC
PO Box 640169
Pittsburgh PA 15264-0169

Washington State University
University Receivables Cashier
PO Box 641039
Pullman WA 99164-1039

Weas Engineering Inc
PO Box 550
Westfield IN 46074

Wells Fargo Bank, NA
800 Walnut Street 4th Floor
Des Moines IA 50309

Wells Fargo Equip Finance/Atlas Copco
PO Box 7777
San Francisco CA 94120-7777

Wells Fargo Equipment Finance
PO Box 7777
San Francisco CA 94120-7777

William K. Schmidt
34444 E. Lovers Lane
Scottsburg IN 47170

William M. Hofmeister
1503 Cold Spring Rd
Louisville KY 40223

William M. Hofmeister
1503 Cold Springs Rd
Louisville KY 40223

William Riddle Jr
6405 Ladbrook Ct
Plano TX 75024